IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DEN BESTE,

      Plaintiff,                  No. 2:10-cv-02334 JAM KJN PS

     v.

JUDGMENT ENFORCEMENT USA, INC.,

      Defendant.              ORDER

                              /

On December 29, 2010, the Clerk of Court entered defendant's default. (Clerk's Cert. of Entry of Def., Dkt. No. 6.) On March 25, 2011, plaintiff filed a Request to Enter Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(1), requesting that the Clerk of Court enter a default judgment against defendant in the amount of $9.7 million dollars. (Req. to Enter Default J., Dkt. No. 11.) The undersigned denied plaintiff's motion without prejudice for reasons related to plaintiff's filing for bankruptcy. (See Order, Mar. 29, 2011, Dkt. No. 14.)

Meanwhile, on March 28, 2011, between the signing of the order denying plaintiff's Request to Enter Default Judgment and the docketing of that order, plaintiff filed a second Request to Enter Default Judgment. (Req. to Enter Default J., Dkt. No. 15.) Plaintiff's second request appears to be identical to his previous request. Indeed, the documents filed in

support of both requests were executed on March 24, 2011. The undersigned denies plaintiff's second Request to Enter Default Judgment for the same reasons stated in the order entered on March 29, 2010.

Accordingly, IT IS HEREBY ORDERED that plaintiff's second Request to Enter Default Judgment (Dkt. No. 15), filed on March 28, 2011, is denied without prejudice.

IT IS SO ORDERED.

DATED: April 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2