IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DEN BESTE,

    Plaintiff,

v.

JUDGMENT ENFORCEMENT USA, INC.,

    Defendant.

No. 2:10-cv-02334 JAM KJN PS

ORDER

    On December 29, 2010, the Clerk of Court entered defendant's default. (Clerk's Cert. of Entry of Def., Dkt. No. 6.) The court has since denied two motions for default judgment filed by plaintiff because a Chapter 7 bankruptcy trustee, and not plaintiff, has standing to pursue the claim at issue in this action. (See Order, Mar. 29, 2011, Dkt. No. 14; Order, Apr. 7, 2011, Dkt. No. 17.) Plaintiff agrees that this determination is correct. (See Response to the Court's Mar. 29, 2011 Order at 2-3, Dkt. No. 19.) Plaintiff has identified the Chapter 7 trustee as Jeffry Locke, who is located at 530 Alameda Del Prado, #396, Novato, California 94949. (Pl.'s Decl. ¶ 5, Dkt. No. 18.)

    Although no motions in this action are presently pending before the court, plaintiff's recent filings suggest that plaintiff might believe that a motion for default judgment is

1

1  pending.  To the extent that is the case, plaintiff is mistaken.  Any such motion must be filed, if at
2  all, by the Chapter 7 trustee.
3           Accordingly, IT IS HEREBY ORDERED that:
4           1.      Plaintiff shall promptly notify the Chapter 7 bankruptcy trustee, Jeffry
5  Locke, of this action and serve a copy of this order on Mr. Locke.
6           2.      Within seven days of plaintiff's compliance with this order, plaintiff shall
7  file a written notice with the court confirming such compliance.
8           IT IS SO ORDERED.
9  DATED:  May 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE